UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | ) | |
| ROCHE DIAGNOSTICS OPERATIONS, INC., | ) | |
| ROCHE DIAGNOSTICS GMBH, | ) | |
| and CORANGE INTERNATIONAL, LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| BIOSITE INCORPOATED, | ) | **1 : 0 4-cv- 1** |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

## COMPLAINT

The Plaintiffs, Roche Diagnostics Corporation ("RDC"), Roche Diagnostics Operations,

Inc. ("RDOI"), Roche Diagnostics GmbH ("Roche GmbH") and Corange International, Ltd.

("Corange"), for their Complaint against the defendant, Biosite Incorporated ("Defendant"),

allege and state:

### PARTIES AND JURISDICTION

1.     Roche Diagnostics Corporation is an Indiana corporation with its principal place

of business in Indianapolis, Indiana.

2.     Roche Diagnostics Operations, Inc. is a Delaware corporation with its principal

place of business in Indianapolis, Indiana.

3.     Roche Diagnostics GmbH is a German corporation with its principal place of

business in Mannheim, Germany.

4.     Corange International, Ltd. is a Bermuda corporation with its principal place of

business in Puerto Rico.

5.      Upon information and belief, Defendant is a Delaware corporation having its principal place of business in San Diego, California.

6.      This Court has personal jurisdiction over Defendant because, among other things, it has caused injury in Indiana by selling and distributing infringing goods into Indiana.

7.      This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331 and § 1338(a).

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) and § 1400.

## FACTUAL BACKGROUND

9.      Roche Diagnostics Corporation is the past owner of U.S. Patent No. 5,366,609. Roche Diagnostics Corporation retains the right to recover damages suffered prior to the date of assignment of the '609 patent.

10.     Roche Diagnostics Operations, Inc. owns an undivided one-half interest in the '609 patent.  Roche Diagnostics Operations, Inc. acquired its interest in the '609 patent from Roche Diagnostics Corporation by assignment and has the right to recover damages accruing after the date of assignment.

11.     Corange International, Ltd. owns an undivided one-half interest in the '609 patent. Corange International, Ltd. acquired its interest in the '609 patent from Roche Diagnostics Corporation by assignment and has the right to recover damages accruing after the date of assignment.

12.     Roche Diagnostics GmbH is the owner of U.S. Patent No. 4,816,224 ("the '224 patent") entitled "Device for Separating Plasma or Serum from Whole Blood and Analyzing the Same."

13.    Both the '609 patent and the '224 patent were legally and duly issued.

14.    Upon information and belief, Defendant is in the business of manufacturing and distributing medical diagnostic products, including products used to determine the amount of certain analytes in body fluids by immunoassay.

15.    Upon information and belief, Defendant manufactures, markets and sells the Triage Meter and corresponding test devices, including the Triage BNP Test, the Triage Cardiac Panel, and the Triage Profiler Shortness of Breath Panel.

16.    The manufacture, use, sale and/or offer for sale of products by Defendant, including the Triage BNP Test, the Triage Meter, the Triage Cardiac Panel and the Trial Profiler Shortness of Breath Panel, infringes the '609 patent.

17.    The manufacture, use, sale and/or offer for sale of products by Defendant, including the Triage BNP Test, the Triage Cardiac Panel, and the Trial Profiler Shortness of Breath Panel, infringes the '224 patent.

18.    The Defendant directly infringes the '609 and the '224 patents.

19.    The Defendant contributorily infringes and/or induces infringement of the '609 and '224 patents.

20.    The Defendant will continue to infringe unless enjoined by this Court.

21.    Each of the plaintiffs has suffered and will continue to suffer monetary damages as a result of the Defendant's infringing activities.

22.    The Defendant's infringement is willful and intentional.

## COUNT I
## PATENT INFRINGEMENT

23.    The plaintiffs incorporate the allegations of paragraphs 1 through 22 above as if fully set forth herein.

24.    The Defendant is infringing and/or contributing and/or inducing infringement of the '609 patent.

25.    The plaintiffs are suffering damage as a result of the Defendant's infringement.

26.    The plaintiffs are entitled to a permanent injunction against the Defendant's infringement.

COUNT II
PATENT INFRINGEMENT

27.    The plaintiffs' incorporate the allegations of paragraphs 1-26 above as if fully set forth herein.

28.    The defendant is infringing and/or contributing to and/or inducing infringement of the '224 patent.

29.    The plaintiffs are suffering damage as a result of the Defendant's infringement.

30.    The plaintiffs are entitled to a permanent injunction against the Defendant's infringement.

WHEREFORE, the plaintiffs pray that this Court:

1. Permanently enjoin Defendant, its officers, agents, servants, employees, and attorneys and those in active concert or participation with them, from importing, manufacturing, using, selling, and/or offering for sale devices which infringe the '609 or '224 patents, and from contributing to and/or inducing infringement of the '609 and '224 patents.

2. Award the plaintiffs monetary damages as compensation for past infringement, consistent with 35 U.S.C. § 284, up to and including trebling the amount of actual damages, together with costs and prejudgment interest.

-4-

3.  Award the plaintiffs all damages and other relief, including attorneys' fees,

    pursuant to 35 U.S.C. § 285.

4.  Award the plaintiffs all other just and proper relief.

### JURY DEMAND

The plaintiffs request a trial by jury on all claims.



Respectfully submitted,

Donald E. Knebel  (5261-49)
*dknebel@btlaw.com*
Larry A. Mackey (11740-49)
*lmackey@btlaw.com*
Lynn C. Tyler  (2205-71)
*ltyler@btlaw.com*
Paul B. Hunt (15465-71)
*phunt@btlaw.com*
Helen K. Geib (22361-49)
*hgeib@btlaw.com*
BARNES & THORNBURG
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313

Brent A. Harris (18686-29)
*brent.harris@roche.com*
ROCHE DIAGNOSTICS
 CORPORATION
9115 Hague Road
Indianapolis, IN 46250
(317) 521-3416

Attorneys for Plaintiffs,
Roche Diagnostics Corporation,
Roche Diagnostics Operations, Inc.,
Roche Diagnostics, GmbH, and
Corange International, Ltd.

INDS02 PBH 688203v1